MEMO ENDORSED

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:    (917) 209-0441
Email:  scwolfe@scwolfelaw.com                              Diane Fischer, of Counsel

February 6, 2020

Via email: Gina_Sicora@nysd.uscourts.gov
Hon. Judge Nelson S. Román
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Helbran*, 19-cr-497 (NSR)

Dear Judge Román:

> Deft's request is granted and the briefing schedule is extended as set forth below. Status Conf. is adjourned from June 12, 2020 until June 26, 2020 at 11:00 am. Clerk of the Court requested to terminate the motion (doc. 65).
> Dated: Feb. 10, 2020
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

I represent Mordechai Malka. I am writing to request a three-week extension of time to file defendants' pretrial motions, with a corresponding adjustment of the dates for filing the government's response, the defendants' replies and the date for the Court's decision. The proposed schedule is as follows:

- March 20, 2020 – defense motions
- May 4, 2020 – government response
- May 18, 2020 – defense replies
- June 26, 2010 or sooner, court date for the Court's decision.

I canvassed the parties for their positions; the government does not object and co-counsel either join or do not object. The impetus for this request is that I have a confluence of deadlines, district and appellate courts, at the end of February and beginning of March. In addition, some of the motions we intend to make are complex, and we are researching others.

I therefore respectfully request that the Court adopt the above schedule.

Thank you for your consideration.

Very truly yours,
s/
Susan C Wolfe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2020