**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 2, 2020

**BY ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Helbrans, et al.*, 19 Cr. 497 (NSR)

Dear Judge Roman:

The Court previously excluded time pursuant to the Speedy Trial Act until June 12, 2020. On May 18, 2020, the parties were notified that in light of the ongoing circumstances related to the corona virus pandemic, and pursuant to defense counsel Bruce Koffsky's letter motion request, dated May 13, 2020 (Docket No. 86), the Court had extended the briefing schedule, with defense replies now due on September 30, 2020. The Government therefore writes to respectfully request that the Court exclude time between June 12, 2020 and September 30, 2020, or the date and time of the next pretrial conference in this matter as set by the Court. The Government submits that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial by allowing the defendants to continue reviewing discovery and preparing any appropriate pretrial motions. The Government requested the consent of defense counsel for this request on May 20, 2020 but has has only heard back from Evan Lipton, counsel for Aron Rosner, who consents to the request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Sam Adelsberg / Jamie Bagliebter / Jim Ligtenberg
Assistant United States Attorneys
(212) 637-2494 / 2236 / (914) 993-1953

cc: Defense Counsel (by ECF)

Application granted. Speedy trial time is excluded nunc pro tunc from June 12, 2020 until September 30, 2020 for defendants Helbrans (01), Mayer Rosner (02), Aron Rosner (03), Jacob Rosner (04), Matityau Moshe Malka (05) and Mordechay Malka (09). Clerk of the Court requested to terminate the motion (doc. 92).
Dated: June 16, 2020
SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2020