Case 7:19-cr-00497-NSR   Document 113   Filed 10/01/20   Page 1 of 1

**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 1, 2020

**BY ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Helbrans, et al.*, 19 Cr. 497 (NSR)

Dear Judge Roman:

The Court previously excluded time pursuant to the Speedy Trial Act until September 30, 2020. On September 29, 2020, the parties were notified that the Court would be adjourning a conference in the case previously scheduled for September 30, 2020 until at least December 9, 2020. The Government therefore writes to respectfully request that the Court exclude time between today and December 9, 2020, or the date and time of the next pretrial conference in this matter as set by the Court. The Government submits that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial by allowing the defendants to continue reviewing discovery and preparing any appropriate pretrial motions. The Government requested the consent of defense counsel for this request on September 28, 2020 but has only heard back from counsel for Aron Rosner and Mayer Rosner, both of whom consent to the request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  /s/
Sam Adelsberg / Jamie Bagliebter / Jim Ligtenberg
Assistant United States Attorneys
(212) 637-2494 / 2236 / (914) 993-1953

cc:   Defense Counsel (by ECF)

---

**Endorsement:**

Application granted. Speedy trial time excluded for Defendants Helbrans (01), M. Rosner (02), J. Rosner (04), Matityau Malka (05) and Mordechay Malka (09) until Dec. 9, 2020. Clerk of the Court requested to terminate the motion (doc. 112).

Dated: Oct. 1, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020