**MEMO ENDORSED**

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Alan S. Lewis
*Partner*

Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

November 20, 2020

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
(Gina_Sicora@nysd.uscourts.gov)

Re: *United States v. Helbrans*
19-CR-497 (NSR)

Dear Judge Román:

I represent Jacob Rosner. <u>I write to request that the Court set a deadline of December 4 for the Defendants' motions. The government consents to this request</u> and Defendant Aron Rosner joins the request.

The parties previously corresponded with Ms. Sicora about setting a deadline, in which the parties proposed that the deadline be related to the Second Circuit's issuance of a decision in United States v. Houtar, 19 Cr 3627. The Second Circuit decided *Houtar* seven days ago, on November 13, 2020. Some Defendants may file their motions earlier than December 4, but none oppose the request of Defendants Jacob Rosner and Aron Rosner that the motion deadline be December 4.

Respectfully,

/s/ Alan S. Lewis

Alan S. Lewis

ASL

cc: **VIA ECF**
    All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2020

Defts' request to extend the briefing schedule is granted upon the Govt's consent as follows: Moving papers shall be filed Dec. 4, 2020; Govt's opposition papers shall be filed Feb. 5, 2021; and replies shall be filed Feb. 19, 2021. Status Conf. scheduled for Jan. 11, 2021 at 1:00 pm or, alternatively, Jan. 12, 2021 at 11:00 am. The scheduling of Faretta Hearings will be discussed at that conf. Clerk of Court requested to terminate the motions (docs. 111, 119, 124, and 127).
Dated: Dec. 2, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

9775471.1