USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/1/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NACHMAN HELBRANS, et al.,

                     Defendants.

S2 19 cr 497 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Government is directed to inform the Court in writing on or before **July 6, 2021** the status of the following:

1. Whether any discovery has been produced since the Government provided the production list on May 12, 2021 at ECF No. 252;

2. Whether the Government has received signed protective orders from any or all of the Defendants so that it can turn over 3500 materials;

3. Whether any or all of the pro se Defendants have received their laptops and, if not, what steps are required to get them to Defendants and how long will it take to do so.

All standby counsel are directed to provide their respective Defendants with a copy of this order and to file proof of service on the docket.

Dated: July 1, 2021
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE