UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

        USA,

        - against -

SHMIEL WEINGARTEN and YAKOV WEINGARTEN,

                Defendant(s).
--------------------------------------------------------x

**SCHEDULING ORDER**

S3 19 Cr. 497-06 (NSR)
S3 19 Cr. 497-08 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    **The in-person Initial Appearance for both of the above Defendants is scheduled for May 10, 2022 at 2:00 pm in Courtroom 218.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
             May 5, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022