```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
UNITED STATES OF AMERICA            :
                                    :
       - v. -                       :
                                    :  ORDER
SHMIEL WEINGARTEN and               :
YAKOV WEINGARTEN,                   :  S3 19 Cr. 497 (NSR) -06 & -08
                                    :
            Defendants.             :
                                    :
------------------- X
```

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court hereby excludes the speedy trial time between May 6, 2022 and May 10, 2022, in the interest of justice, to accommodate the Court's schedule, to allow the Government to produce discovery, and to allow the parties to discuss a possible resolution of the case without the need for trial.

SO ORDERED:

Dated:   White Plains, New York
         May 6, 2022

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2022