**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

May 7, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     USA v. Matityau Moshe Malka; 19 CR 497 (NSR)

Dear Judge Roman:

     Mr. Matityau Moshe Malka pro se wishes to adopt the witness list and exhibit list filings made by Mordechay Malka pro se.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita
Stand by Counsel to Matityau Moshe Malka