UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

SHMIEL WEINGARTEN,

      Defendant.

-------------------------------------------------------x

**ORDER**

S3 19 Cr. 497-06 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The stand-by C.J.A. attorney assigned to this case   Michael K. Burke   is hereby ordered substituted
                                                                               Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to stand-by C.J.A.

attorney   Daniel Hochheiser   effective October 20, 2022.  Outgoing Stand-by counsel is directed to
               Attorney's Name

serve a copy of this Order on *pro se* defendant by any necessary means and file proof of such service.

SO ORDERED.

Dated:   White Plains, New York
           October 20, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022