UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

USA,

- against -

SHMIEL WEINGARTEN, YOIL WEINGARTEN and YAKOV WEINGARTEN,

Defendant(s).
-------------------------------------------------------x

**AMENDED RESCHEDULING ORDER**

S3 19 Cr. 497-06 (NSR)
S3 19 Cr. 497-07 (NSR)
S3 19 Cr. 497-08 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

In light of a Court scheduling conflict, the in-person Status Conference scheduled for November 3, 2022 is hereby

**ORDERED advanced, with the parties' consent, to November 2, 2022 at 3:00 pm.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Standby counsel are directed to serve, by any necessary means, a copy of this Order on their respective *pro se* Defendant and file proof of service.

SO ORDERED.

Dated:  White Plains, New York
        October 24, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022