**MEMO ENDORSED**

*Law Offices of*
*Daniel A. Hochheiser*
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

> Stand-by counsel's application to file interim vouchers is GRANTED. Stand-by counsel is directed to mail a copy of this endorsement to pro se Deft. Shmiel Weingarten and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 778.
> Dated: White Plains, NY
>            January 13, 2023
>
> SO ORDERED:
> */s/ Nelson S. Román*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

January 13, 2023

**Via ECF and Email**
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Shmiel Weingarten*, S3 19 CR 497-06
        Application by Appointed Stand-by Counsel for Permission to File Interim Vouchers

Your Honor:

    I was appointed, pursuant to the Criminal Justice Act, as Stand-by counsel to Shmiel Weingarten by Order filed 10/21/22 (ECF 753). Please endorse this letter motion to permit Stand-by counsel to file interim vouchers on the eVoucher system.

Respectfully submitted,

*/s/ Daniel A. Hochheiser*

Daniel A. Hochheiser

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2023