MEMO ENDORSED

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 22, 2023

**Via ECF and Email**
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Shmiel Weingarten*, S3 19 CR 497-06
      Permission for co-defendant counsel to appear at conference for Shmiel Weingarten

Your Honor:

Concerning the status conference scheduled for March 1, 2023 at 10 a.m., I will not be available as I will be away outside of the United States on that date. Stand-by counsel for co-defendant Yakov Weingarten, Francis L. O'Reilly, Esq., has agreed to appear as Stand-by counsel for Shmiel Weingarten in my absence on March 1st. Today, I consulted with Shmiel Weingarten about this proposed substitution of Stand-by counsel at the March 1st conference and he consents to this application.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

**Stand-by counsel's application is GRANTED with the consent of *pro se* Deft. Shmiel Weingarten (06). Stand-by counsel is directed to serve by any means necessary a copy of this endorsement on *pro se* Deft. S. Weingarten (06) and to file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 805.**
Dated: White Plains, NY
       February 22, 2023    SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2023