

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023

March 2, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Shmiel Weingarten, Yoil Weingarten and Yakov Weingarten*, S3 19 Cr. 497 (NSR) -06 -07 -08

Dear Judge Román:

      The Government respectfully submits this letter to request an exclusion of speedy trial time in the above-captioned case until the next pretrial conference scheduled for March 10, 2023. On November 2, 2022, the Court excluded time, without objection from the defendants, until March 1, 2023, the date of the next pretrial conference. That conference was subsequently rescheduled to March 10, 2023 to accommodate the defendants' request to appear remotely. Accordingly, the Government respectfully requests that the time between today and March 10, 2023, be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A), to accommodate the defendants' requests, permit the defendants time to review discovery, and to allow the parties to discuss a possible resolution of the case without the need for trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Samuel Adelsberg
Jamie Bagliebter
Jim Ligtenberg
Assistant United States Attorneys
(212) 637-2494 / 2236 / 2665

**The Govt's request to exclude *nunc pro tunc* speedy trial time between Mar. 2, 2023 and Mar. 10, 2023, without objection by *pro se* Defts. (06), (07) and (08), is GRANTED, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A), to accommodate the Defts.' requests, permit the Defts. time to review discovery, and to allow the parties to discuss a possible resolution of the case without the need for trial. Stand-by counsel are directed to serve a copy of this endorsement on their respective *pro se* Deft. by any necessary means and file proof of service.**

cc: Defense Counsel (by ECF)

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Clerk of Court requested to terminate the motion at ECF No. 810.
Dated: White Plains, NY
      March 6, 2023