*Law Offices of*
***Daniel A. Hochheiser***
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2023

March 11, 2023

**MEMO ENDORSED**

**Via ECF and Email**
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Shmiel Weingarten*, S3 19 CR 497-06
      Shmeil Weingarten #268081 (inmate, Westchester County Jail)

Your Honor:

I write as court-appointed, Stand-by Counsel to *pro se* Defendant Shmiel Weingarten, an inmate at the Westchester County Jail in Valhalla, N.Y.. Weingarten's motions are due in 75 days on May 25, 2023.

Accordingly, please endorse this letter to (i) permit Weingarten to bring his laptop computer to visits with me at Westchester County Jail and (ii) to permit me to use an external hard drive at visits with Weingarten to download motions, documents and other necessary materials from Weingarten's laptop computer for the purpose of assisting Weingarten with making timely filings with the Court.

This application should be granted and be permitted by the Westchester County Jail with the understanding the jail would make this accommodation provided essential Jail safety protocols, policies and procedures are preserved during the legal visit process.

Respectfully submitted,

*/s/ Daniel A. Hochheiser*

Daniel A. Hochheiser

Cc: all counsel via ECF

---

The Court GRANTS Defendant's request to bring his jail laptop to legal meetings with his stand-by counsel. Because the Court understands that Defendant's laptop does not enable USBs, the Court only grants stand-by counsel's request to bring an external hard drive.

The Clerk of the Court is kindly directed to terminate the motion letter at ECF No. 823. Stand-by counsel is directed to provide a copy of this order to pro-se Defendant and file proof of service on the docket.

Dated: March 13, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE