August 14, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023

Hon. Judge Roman,

The orders recently issued by the Court are perplexing. The undersigned has joined the letter of Yoil Weingarten timely, yet the court denied relief, claiming that the undersigned gave no reason for the relief sought. On the other hand, Yakev Weingarten joined the letter much later and gave no new reasons for the relief requested, yet the Court granted him some relief (altough explicitly not the relief requested).

If discussed on the merits, in regards to the access to means for defense preparation, we are in the same position. and in regards to discovery, the undersigned received the discovery laptop much later than Yakev. No reason exists why to single out and treat the undersigned differantly.

Finally, it is hard to understand why the Court repeatedly construes the defendants' motions as requests for time extensions all while the defendants clarify again and again that the relief requested is simply that the Court enforce its own orders.

Sincerely,

Shmiel Weingarten



RECEIVED
AUG 17 2023
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Shmiel Weingarten
Westchester County Jail
10 Woods Rd.
Valhalla, NY 10595

RECEIVED
AUG 17 2023
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

To file on the docket

10601-414000

WESTCHESTER NY 105
15 AUG 2023 PM 2



Dear Gina:

Please file the enclosed letter on the docket

7:19-cr-00497-NSR

Thanks!