**Memorandum Endorsement**
*United States v. Shmiel Weingarten*
7:19-cr-497-NSR-6
*United States v. Yoil Weingarten*
7:19-cr-497-NSR-7
*United States v. Yakov Weingarten*
7:19-cr-497-NSR-8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

The Court granted Defendants Shmiel, Yoil, and Yakov Weingarten's respective motion requests to conduct the status conference held on September 7, 2023 at 11:00 am via video teleconference. At this status conference, the Court amended the pre-trial motions briefing schedule set on March 22, 2023 (ECF No. 854) for a THIRD time as follows as to Shmiel, Yoil, and Yakov Weingarten:

- Moving papers shall be filed on November 15, 2023;
- Opposition papers shall be filed on December 16, 2023; and
- Reply papers shall be filed on December 30, 2023.

The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are filed. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are filed per this Court's local emergency civil rules. Memorandums are limited to 40 pages per each Defendant and the Government. Reply memorandums are limited to 20 pages per each Defendant and the Government. All documents must be in English. Stand-by counsel are directed to provide a copy of this Order to *pro se* Defendants by any necessary means and file proof of service on the docket. Additionally, stand-by counsel are reminded to assist Defendants with any printing and filing issues as they arise.

Moreover, in lieu of filing separate pre-trial motions, the Court grants Shmiel, Yoil, and Yakov Weingarten permission to file their motions as a joint pre-trial motion, to the extent that doing so will expedite their drafting process. For the avoidance of doubt, filing a joint pre-trial motion would preclude Defendants from filing individual pre-trial motions. Defendants are reminded, however, that ALL memorandums, INCLUDING a joint memorandum, are limited to 40 pages and reply memorandums, INCLUDING a joint reply memorandum, are limited to 20 pages. Any memorandum that exceeds 40 pages WILL NOT BE ACCEPTED and any reply memorandum that exceeds 20 pages ALSO WILL NOT BE ACCEPTED.

The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 879 and 881.

Dated: September 7, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

THE LAW OFFICES OF SEAN M. MAHER, PLLC

August 31, 2023

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

     Re:   *United States v. Yoil Weingarten*, 19 Cr. 497-07 (NSR)

Dear Judge Román:

     I write as standby counsel for *pro se* Defendant Yoil Weingarten, who has asked me to relay to the Court that he requests permission to waive his physical presence at the September 7, 2023 court conference and to appear via video conferencing. Mr. Weingarten relays he makes this request because the Westchester County Jail has a strict strip search policy that contravenes Mr. Weingarten's religious precepts. Mr. Weingarten has requested a reasonable religious accommodation to this policy that would still protect the jail's security concerns, however the jail has not indicated that it is willing to make any reasonable religious accommodation for Mr. Weingarten. Thus, Mr. Weingarten has asked me to forward the instant request for a virtual appearance at the September 7, 2023 conference.

     The Court's consideration is greatly appreciated.

                                                               Respectfully submitted,

                                                               _____/S/_____
                                                                Sean M. Maher
                                                                *Standby counsel for Yoil Weingarten*

cc:  All counsel via ECF
     Yoil Weingarten via U.S. mail