UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

United States of America

v.

Shmiel Weingarten,
                Defendant.

-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

S3 19 CR 497-06 NSR

     Daniel A. Hochheiser, an attorney duly authorized to practice law before this Court, affirms and declares under penalty of perjury:

     On November 16, 2023, as stand-by counsel to Shmiel Weingarten, I served a copy of ECF document 905 (3 pages) on Weingarten by placing a copy of ECF 905 in an envelope containing pre-paid U.S. postage and stamped "Special Mail Open Only In Presence of Inmate Legal Mail" addressed to Shmeil Weingarten #268081, Westchester County Jail, 10 Woods Road, Valhalla, NY 10595 and deposited same in a U.S. Postal Service mail box.

Dated: Scarsdale, New York
       November 16, 2023

_____
Daniel A. Hochheiser, Esq.
Law Offices of Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
(646) 863-4246
dah@hochheiser.com