Docket in case # __19__ ~~CV~~/CR __497-6__
As: **Opposition to Motion in Limine**
Date: 1 / 22 / 2024

Jan 17, 2024

Hon. Judge Roman

I hereby join the motion of Yakev Weingarten dated 1/17/24 regarding the Government's motion in limine.

S. Weing[arten]
Shmiel Weingarten

RECEIVED
JAN 2 2 2024
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Shmiel Weingarten
10 Woods Rd.
Valhalla, NY 10595



WESTCHESTER NY 105
18 JAN 2024 PM 1 L

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RECEIVED
JAN 2 2 2024
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.