**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 5, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     ***United States v. Shmiel Weingarten, et al.*, S3 19 Cr. 497 (NSR)**

Dear Judge Román:

　　　　The Government respectfully writes to request the Court unseal a portion of a sealed transcript in the above-referenced case for a limited purpose. Specifically, on October 22, 2021, the Court conducted an *in camera* proceeding with Jane Doe, a Government witness, the transcript of which was filed under seal. This *in camera* proceeding was in connection with an application made by counsel for Jane Doe for certain measures pursuant to 18 U.S.C. § 3509. The Government seeks a limited unsealing order to permit the Government to produce the transcript of this proceeding to the defendants.

**The Court GRANTS the Govt's request for the limited unsealing of a portion of the SEALED transcript of the *in camera* proceeding with Jane Doe conducted on Oct. 22, 2021. Clerk of the Court is requested to terminate the motion at ECF No. 940. The Gov't is directed to serve a copy of this endorsement on *pro se* Defts. and file proof of service.     Dated: White Plains, NY February 6, 2024**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:　/s/ _____
Samuel Adelsberg
Jamie Bagliebter
Jim Ligtenberg
Assistant United States Attorneys
(212) 637-2494 / 2236 / 2665

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

cc:     Standby Counsel (by ECF)
　　　　Yoil Weingarten, Yakov Weingarten, Shmiel Weingarten (by mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/06/2024__