USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **02/09/2024**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
United States of America,

-against-

SHMIEL WEINGARTEN,

                Defendant.

-------------------------------------------------------x

**ORDER**

S3 19 CR 497 (NSR)

To:    U.S. Marshals Service Southern District of New York
        300 Quarropas Street, White Plains, New York

       Upon the application of *pro se* defendant, SHMIEL WEINGARTEN, by his stand-by counsel Daniel A. Hochheiser, and upon all proceedings previously had herein, it is hereby:

       **ORDERED** that defendant, SHMIEL WEINGARTEN (aka Shmeil Weingarten), USMS# 97325-509, be permitted to receive non-prison clothing at the U.S. Marshals office, SDNY White Plains, for trial, scheduled to begin on February 27, 2024. He is permitted to have the following clothing to wear in court during the trial:

1 Kaftan (robe with blue and grey stripes)
2 long white shirts
2 pants
1 Black yarmulke
2 Brown head shawls
1 pair of black shoes
2 pair of socks
1 Gartel (similar to soft belt, white and black stripes)

The Clerk of the Court is directed to terminate the motion at ECF No. 945.  Standby Counsel is directed to serve a copy of this Order on pro se Defendant by any necessary means and to file proof of service.

Dated: White Plains, New York

     February 9 , 2024

SO ORDERED

_____
NELSON S ROMÁN,
District Judge, United States District Court
Southern District of New York