```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America,

-against-

SHMIEL WEINGARTEN,

              Defendant.

------------------------------------------------------x

**ORDER**

S3 19 CR 497 (NSR)

To:    Warden, Westchester County Corrections
        10 Woods Road, Valhalla, New York

        U.S. Marshals Service, Southern District of New York
        300 Quarropas Street, White Plains, New York

        Upon the application of *pro se* defendant, SHMIEL WEINGARTEN, by his stand-by counsel Daniel A. Hochheiser, and upon all proceedings previously had herein, it is hereby:

        **ORDERED** that defendant, SHMIEL WEINGARTEN (aka Shmeil Weingarten), Westchester County Jail #268081, USMS# 97325-509, be permitted to bring his laptop and an external hard drive from the Westchester County Jail to the U.S. Courthouse, 300 Quarropas Street, White Plains, New York for use in court at trial scheduled to begin on February 27, 2024 until the completion of the trial.

        The Clerk of the Court is directed to terminate the motion at ECF No. 946. Standby Counsel is directed to serve a copy of this Order on pro se Defendant by any necessary means and to file proof of service.

                                                      SO ORDERED

Dated:  February 9, 2024
           White Plains, NY

                                               NELSON S ROMÁN,
                                               District Judge, United States District Court
                                             Southern District of New York