```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/30/2024
```

**MEMORANDUM ENDORSEMENT**

<u>USA v. Yakov Weingarten</u>, 19-cr-497-8 (NSR)
<u>USA v. Shmiel Weingarten</u>, 19-cr-497-6 (NSR)
<u>USA v. Yoil Weingarten</u>, 19-cr-497-7 (NSR)

The Court is in receipt of the attached letter from *pro se* Defendant, Mr. Yakov Weingarten, dated May 13, 2024, joined by Defendants Mr. Shmiel Weingarten and Mr. Yoil Weingarten, requesting that the Court issue an Order permitting them to purchase and use laptops at MDC Brooklyn, where they are now being held.

Defendants' request to purchase, using their own funds, and use laptop computers or similar devices (hereinafter "Electronic Devices") at MDC Brooklyn (the "Facility") is GRANTED. The Facility is ordered to accept Electronic Devices purchased by the Defendants and permit Defendants to access and use said Electronic Devices with monitored internet access and printing capabilities in accordance with the Facility's rules. The Defendants are further permitted the use of necessary hard drives, software programs, charging cables, and/or adapters.

Standby Counsel shall coordinate with the Facility to ascertain from the Facility what it will permit, to ensure that any Electronic Devices procured by Defendants are acceptable to the Facility, to confirm who at the Facility will accept delivery of such Electronic Devices, to confirm when Defendants will have access to their respective Electronic Devices, and to confirm where the Electronic Devices will be stored when not in use. Standby Counsel shall also ensure that any Electronic Devices procured for a Defendant is compatible with any external drives.

Standby Counsel are directed to mail a copy of this Order to their respective *pro se* Defendant and filed proof of service.

The Clerk of Court is directed to terminate the motion at ECF No. 1101.

Dated: May 30, 2024
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

May 13, 2024

Hon. Judge Roman,

I was recently transferred to MDC Brooklyn and they did not allow me to take my laptop with me from the Westchester County Jail. I therefore respectfully ask the Honorable Court to issue an order directing MDC to accept a laptop for me so I can prepare my post trial motions and sentencing memorandum, and eventually my appeal. Since MDC has no policy against monitored internet access for inmates or enabled USB ports for printing purposes, and many inmates in the facility do have access to their laptops with these features, I respectfully ask the Honorable Court to include in the ruling a provision to allow me limited and monitored internet access and printing capabilities. From other inmates here I learned that that practice in MDC is that the internet access is monitored by the probation office, MDC personnel, or by the BOP, and not by the AUSA, so I would respectfully ask that the order indicate so. The internet access could be limited to legal research, such as Westlaw and CaseText, access to the PACER docket, and communication with standby counsel. Since the laptop I used in Westchester was completely disabled of all these features, I will arrange for the purchase of a new laptop from an authorized vendor, I do not seek CJA funds for this purchase.

All other details outlined in pervious orders of the Honorable Court regarding the laptop would also be very helpful here, that includes a provision regarding Word processing software and other software required for document editing, a permission to have a USB flash drive, as well a recommendation to allow me the most time possible each day on the laptop.

May God bless Your Honor with all the best,
Yakev Weingarten, pro se

I also join in the same request, and respectfully ask that the Court issue an order to the same effect for me as well.
Yoil Weingarten, pro se

Also joined by,
Shmiel Weingarten, pro se